FILED IN OPEN COURT ON 8/6/07
(RPG)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 07-143 M (MPT) |
| Manlio Yovani MARTINEZ-RODRIGUEZ, | ) ) ) |
| Defendant. | ) |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    \_\_\_\_ Crime of violence (18 U.S.C. § 3156)

    \_\_\_\_ Maximum sentence life imprisonment or death

    \_\_\_\_ 10+ year drug offense

    \_\_\_\_ Felony, with two prior convictions in above categories

    \_\_\_\_ Minor victim

    \_\_\_\_ Possession/ use of firearm, destructive device or other dangerous weapon

    \_\_\_\_ Failure to register under 18 U.S.C. § 2250

    __x__ Serious risk defendant will flee

    \_\_\_\_ Serious risk obstruction of justice



FILED
AUG - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    __x__    Defendant's appearance as required

    ____    Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    ____    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    ____    Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ____    At first appearance

    __X__    After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    ____    1. At the time the offense was committed the defendant was:

        ____  (a) on release pending trial for a felony;

        ____  (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ____  (c) on probation or parole for an offense.

    __x__    2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    __x__    3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this __6__ day of __AUGUST_____, 2007.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

                                        By: _____
                                        David L. Hall
                                        Assistant United States Attorney