AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

Manlio Yovani MARTINEZ-RODRIGUEZ

**WARRANT FOR ARREST**

CASE NUMBER: 07- 143 M (MPT)

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest Manlio Yovani MARTINEZ-RODRIGUEZ when and as stated in the

Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging the Defendant with (brief description of offense)

in violation of Title __8__ United States Code, Section (s) __1324(a)(1)(A)(ii) & (a)(1)(B)(i)__

**FILED
AUG 1 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE**

Honorable Mary Pat Thynge
Name of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

August 6, 2007    Wilmington, DE
Date and Location

Bail fixed at $ _____

by _Mary Pat Thynge_
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ 844 Kong St. Wilm. DE |

| DATE RECEIVED 8-6-07 | NAME AND TITLE OF ARRESTING OFFICER William David Dosm | SIGNATURE OF ARRESTING OFFICER William Daw |
|---|---|---|
| DATE OF ARREST 8-6-07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest